# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LOUIS LAPUMA & PATRICIA A. LAPUMA  
140 COLUMBIA STREET, NW  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-8923 & xxx-xx-9014

Case Number: 07-72762

Case filed on: 11/12/2007  
Plan Confirmed on: 2/15/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,707.80          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 2,237.59 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,237.59 | 0.00 |
| 999 | LOUIS LAPUMA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SANTANDER CONSUMER USA | 12,400.01 | 11,000.00 | 1,504.49 | 613.49 |
| 002 | WASHINGTON MUTUAL BANK | 27,243.33 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 39,643.34 | 11,000.00 | 1,504.49 | 613.49 |
| 001 | SANTANDER CONSUMER USA | 0.00 | 1,400.01 | 0.00 | 0.00 |
| 003 | AQUA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL | 1,039.39 | 1,039.39 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 3,038.62 | 3,038.62 | 0.00 | 0.00 |
| 006 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BARIX CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BECKETT & LEE, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,312.87 | 1,312.87 | 0.00 | 0.00 |
| 011 | CANDLEWICK LAKE ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISH NETWORK CUSTOMER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MICHAEL CURRY | 793.42 | 793.42 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 1,548.50 | 1,548.50 | 0.00 | 0.00 |
| 018 | NORTHWEST SUBURBAN COMM HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NORTHWESTERN MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPRON RESCUE SQUAD DIST | 50.00 | 50.00 | 0.00 | 0.00 |
| 023 | TOBIN & RAMON | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WASHINGTON MUTUAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ZENITH ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,782.80 | 9,182.81 | 0.00 | 0.00 |
|  | Grand Total: | 50,926.14 | 23,682.81 | 3,742.08 | 613.49 |

Total Paid Claimant:     $4,355.57  
Trustee Allowance:       $352.23  
Percent Paid Unsecured:     0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan